**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

          Plaintiff,                :        Case No. 3:15mj00141

                              :

      -vs-                         Chief Magistrate Judge Sharon L. Ovington

JIMMY WARDEN,

                              :

         Defendant.

**REMOVAL AND COMMITMENT ORDER**

This case came on to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District upon a warrant issued upon An Indictment in the United States District Court, Western District of Tennessee in Case No. 15-10018-03-JDB. Defendant appeared in open Court on May 4, 2015, and after being advised of his rights waived his right to an identity hearing and detention hearing on the Government's Motion for Pretrial Detention. Defendant requested that a detention hearing be held in the Western District of Tennessee.

    **IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE**

United States District Court for the Western District of Tennessee, where the charges are pending against him, for any other proceedings, as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the Unites States Marshal for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

May 4, 2015

                                              s/ Sharon L. Ovington
                                                 Sharon L. Ovington
                                    Chief  United States Magistrate Judge